### 12273.   St. Clair v. The State.

LUKE, J.   St. Clair was indicted for operating an automobile, on a public highway while under the influence of intoxicating liquors. The evidence authorized his conviction. The two special assignments of error, upon the admission of evidence, are not such as would require a new trial. For no reason assigned was it error to overrule the motion for a new trial. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 11, 1921.

Indictment for misdemeanor; from city court of Macon — Judge Gunn.   February 4, 1921.

*Sam B. Hunter,* for plaintiff in error.

*Roy W. Moore, solicitor, H. S. Strozier,* contra.